✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE                                District of            ALABAMA

UNITED STATES OF AMERICA           **AMENDED JUDGMENT IN A CRIMINAL CASE**
            **V.**                 (For **Revocation** of Probation or Supervised Release)

**FRAZIER L. FRANKLIN**            Case Number:        1:01cr150-WHA-02

                                   USM Number:         10941-002

                                   _____Michael Petersen_____
                                   Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to violation of condition(s)  1 and 2* of the petition   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from any unlawful use of a controlled substance | 7/14/08 |
| 2* | Failure to pay restitution* | 8/08 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)    3* of the petition    and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:        ***-**-4014

Defendant's Date of Birth:           1978

Defendant's Residence Address:

    Midland City, AL

_____

_____

_____

Defendant's Mailing Address:

    Midland City, AL

_____

_____

_____

_____

        August 21, 2008
Date of Imposition of Judgment

_____
Signature of Judge

W. Harold Albritton, Senior United States District Judge
Name and Title of Judge

        8/25/08
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

DEFENDANT:          FRAZIER L. FRANKLIN
CASE NUMBER:        1:01cr150-WHA-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**12 months.**
It is ORDERED that the term of supervised released imposed on February 20, 2007, is REVOKED.
The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

X   The court makes the following recommendations to the Bureau of Prisons:

    The court recommends that the Defendant be designated to a facility where substance abuse treatment is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____   ☐ a.m.   ☐ p.m.   on _____   .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____   .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL